March 31, 2020

DOC # 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

    ,
    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(__)(__)
20mj11874

Defendant __Jenny Fernandez Nataren__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓ Initial Appearance/Appointment of Counsel

__ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__ Preliminary Hearing on Felony Complaint

✓ Bail/Revocation/Detention Hearing

__ Status and/or Scheduling Conference

__ Misdemeanor Plea/Trial/Sentence

/s/ Jenny Fernandez Nataren
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jenny Fernandez Nataren
Print Defendant's Name

Defense Counsel's Signature

Jennifer B.
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/4/2020
Date

Stewart D. Aaron
U.S. Magistrate Judge